EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                                     Chapter 13 No. DK-08-02275

Annette Kay Poehlman                                       Hon. Scott W. Dales

                                    Debtor.
_____/

### NOTICE OF MOTION AND OPPORTUNITY FOR HEARING

      Mortgage Electronic Registration Systems, Inc., as nominee for lender and lender's successors and/or assigns with US Bank, N.A. as servicer for lender has filed papers with the court to seek relief from the automatic stay.

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may want to consult one.)**

      If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the Motion, within fourteen (14) days, you or your attorney must:

    1.  File with the court a written response or an answer, explaining your position, at the United States Bankruptcy Court, One Division Ave., N.W. Room 200, Grand Rapids, MI 49503.[1]  If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

      You must also mail a copy to:

      James W. Batchelor (P25500), 31440 Northwestern Highway, Suite 200, Farmington Hills, MI 48334-2525, 248.642.2515

      Mary K. Viegelahn, 415 W Michigan Ave, Kalamazoo, MI 49007-3713

    2.  If a response or answer is timely filed, the Clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

      **If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.**

                                                  Respectfully Submitted,
                                                   Trott & Trott, P.C.

Dated: February 16, 2010

                                                   /S/ James W. Batchelor (P25500)
                                                   /S/ Jeffery Sattler (P72733)
                                                   <u>/S/ Shawn C. Drummond (P58471)</u>
                                                   Attorney for Mortgage Electronic Registration Systems, Inc., as nominee for lender and lender's successors and/or assigns with US Bank, N.A. as servicer for lender
                                                   31440 Northwestern Highway, Suite 200
                                                   Farmington Hills, MI 48334-2525
                                                   248.642.2515
                                                   Email: WesternECF@trottlaw.com

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-2525
PHONE 248.642.2515<